# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-2432
Lower Tribunal No. 2014-CF-004135

———————————————

AMANDA MANDEE LOPEZ,

Appellant,
v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
John D.W. Beamer, Judge.

July 7, 2026

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and GANNAM, JJ., concur.


Amanda Mandee Lopez, Ocala, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED